IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:96CR147 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| SHEFFAYE JOHNSON, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to exonerate bond(s) (Filing No. 95). The government has no objection to the motion.

IT IS ORDERED:

1. The surety bonds posted in 1997 are hereby exonerated; and

2. The Clerk is directed to release the surety property located at 6814 Severn Drive, Paramount, California 90723.

DATED this 12th day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge